# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ABRY L. WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-11086** |
| **COMMAND INSPECTOR OVER THE LOUISIANA STATE POLICE CRIMINAL INVESTIGATION DIVISION (LAYNE BARNUM)** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**NEW ORLEANS, LOUISIANA,** this 31st day of January, 2018.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**